Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  LONDELL BARNUM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LONDELL BARNUM, | No. 2:13-cv-2443 DAD |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Londell Barnum ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to August 21, 2014; and that Defendant shall have until September 22, 2014, to file his opposition.  Any reply by plaintiff will be due September 29, 2014.

-1-

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter.  Counsel sincerely apologizes
3  to the court for any inconvenience this may have had upon it or its staff.

4

5  DATE: July 8, 2014                Respectfully submitted,

6                                    LAW OFFICES OF LAWRENCE D. ROHLFING

7                                    /s/ *Steven G. Rosales*
                                     BY: _____
8                                    Steven G. Rosales
                                     Attorney for plaintiff LONDELL BARNUM
9

10 DATED:  July 1, 2014               BENJAMIN WAGNER
                                     United States Attorney
11

12
                                     */S/- Chantel Jenkins
13

14                                   _____
                                     Chantel Jenkins
15                                   Special Assistant United States Attorney
                                     Attorney for Defendant
16                                   [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

1 **<u>ORDER</u>**

2    Pursuant to the parties' stipulation, IT IS SO ORDERED.

3 Dated: July 10, 2014

4

5 _____
DALE A. DROZD
6 UNITED STATES MAGISTRATE JUDGE

7

8 Ddad1\orders.soc sec
barnum2443.stip.eot.ord.rtf

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26